## Thenia McSwain, Appellant, v. Abe Nash, Appellee.

Gen. No. 43,971.

 opinion filed
April 21, 1947; released for publication May 5, 1947. Augustus C.
Williams and David J. Maddox, for appellant; David J. Maddox, of
counsel; John W. Freels and Anne G. Carter, for appellee. Opinion by
PRESIDING JUSTICE O'CONNOR. Not to be published in full.